IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY IRENE J., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-1485-K |
| | § | |
| ANDREW M. SAUL, | § | |
| Commissioner of Social | § | |
| Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 23, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge [Dkt. No. 18] ("Report") was entered, recommending that the court reverse the Commissioner's decision, and remand the case for further administrative proceedings.

After reviewing the briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct and accepts them as those of the court. Accordingly, the Commissioner's decision is REVERSED; and this case is REMANDED for further proceedings consistent with the magistrate judge's Report.

SO ORDERED.

Signed July 14th, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE